IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAELS STORES, INC.,<br><br>　　Defendant. | CASE NO. 1:21-CV-00412-LY<br><br>JURY TRIAL DEMANDED |

### MICHAELS STORES, INC.'S RULE 12(b)(6) <br> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Michaels Stores, Inc. ("Michaels") respectfully moves this Court to dismiss Plaintiff Symbology Innovations, LLC's ("Symbology") Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in Michaels' Memorandum of Law in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

1

Dated: June 3, 2021                                           Respectfully submitted,

*/s/ Neil J. McNabnay*
Neil J. McNabnay
Ricardo J. Bonilla
Rodeen Talebi
Sarika Patel
mcnabnay@fr.com
rbonilla@fr.com
talebi@fr.com
patel@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 19001
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

ATTORNEYS FOR DEFENDANT
MICHAELS STORES, INC.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy has been electronically filed using the CM/ECF filing system on June 3, 2021 which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system.

*/s/ Neil J. McNabnay*
Neil J. McNabnay