IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MICHAELS STORES, INC.,**<br><br>    Defendant. | **CASE NO. 1:21-CV-00412-LY**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING MICHAELS STORE, INC.'S RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Having carefully considered Defendant Michaels Stores, Inc.'s Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, this Court GRANTS the motion. The Asserted Patents are invalid under 35 U.S.C. § 101 as directed to ineligible subject matter, and Plaintiff accordingly has failed to state a claim upon which relief can be granted.

**IT IS HEREBY ORDERED THAT** Plaintiff's Complaint is dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS SO ORDERED**.

Dated: _____, 2021 _____
                                    United States District Judge