# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAELS STORES, INC.,<br><br>    Defendant. | Civil Action No.: 1:21-cv-00412-LY |

## JOINT MOTION TO DISMISS

Now come Plaintiff, Symbology Innovations, LLC and Defendant, Michaels Stores, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41, and hereby move this Court to dismiss all claims against Defendant Michaels Stores, Inc. WITH PREJUDICE and all counterclaims against Plaintiff Symbology Innovations, LLC WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs. The parties believe that the Renewed Motion to Dismiss currently pending [D.E. 29] in this matter is now moot.

Dated: October 21, 2021

Jay Johnson
KIZZIA & JOHNSON, PLLC
1910 Pacific Avenue – Suite 13000
Dallas, Texas 75201
Telephone: (214) 451-0164
Facsimile: (214) 451-0165
Email: jay@kjpllc.com

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

/s/ Andrew S. Curfman
Andrew S. Curfman (*Pro hac vice*)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com

ATTORNEYS FOR PLAINTIFF

FISH & RICHARDSON P.C.

*/s/ Ricardo J. Bonilla*
Neil J. McNabnay (Texas Bar No. 24002583)
Ricardo J. Bonilla (Texas Bar No. 24082704)
Rodeen Talebi (Texas Bar No. 24103958)
Sarika Patel (Texas Bar No. 24073520)
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
Email: mcnabnay@fr.com
rbonilla@fr.com
talebi@fr.com
patel@fr.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on October 21, 2021.

*/s/ Andrew S. Curfman*
Andrew S. Curfman