IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAELS STORES, INC.,<br><br>Defendant. | Civil Action No.: 1:21-cv-00412-LY |

### ORDER GRANTING JOINT MOTION TO DISMISS

The Court, having considered the Parties' Joint Motion to Dismiss [D.E. 37], and good cause appearing therefor,

IT IS HEREBY ORDERED that the claims against Defendant are dismissed WITH PREJUDICE and the counterclaims against Plaintiff are dismissed WITHOUT PREJUDICE. Each to party to bear its own costs.

**IT IS SO ORDERED.**

Dated: October 21, 2021

_____
UNITED STATES DISTRICT JUDGE